UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENBO CAO,<br><br>   Petitioner,<br><br>  v.<br><br>JAMES JANECKA, the Warden of the Adelanto ICE Processing Center, et al.,<br><br>   Respondents. | Case No. 5:26-cv-02207-JWH-KES<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

1

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge (Dkt. 12).  The objections period has been waived. Accordingly, the Court hereby ORDERS as follows:

1.    The report, findings, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.

2.    Judgment shall be entered, as follows:

a.    The Petition is **GRANTED**.

b.    Respondents are **DIRECTED** to release Petitioner Wenbo Cao from custody forthwith and to file no later than May 11, 2026, a Status Report confirming that they have done so.

c.    Respondents are **DIRECTED** to refrain from re-arresting Cao unless and until a hearing can be held before a neutral adjudicator to determine whether his re-incarceration would be lawful.

**IT IS SO ORDERED.**

Dated:    May 8, 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2