JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WENBO CAO,

        Petitioner,

    v.

JAMES JANECKA, the Warden of the Adelanto ICE Processing Center, et al.,

        Respondents.

Case No. 5:26-cv-02207-JWH-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.     The Petition is **GRANTED**.

2.     Respondents are **DIRECTED** to release Petitioner Wenbo Cao from custody forthwith and to file no later than May 11, 2026, a Status Report confirming that they have done so.

3.     Respondents are **DIRECTED** to refrain from re-arresting Cao unless and until a hearing can be held before a neutral adjudicator to determine whether his re-incarceration would be lawful.

**IT IS SO ORDERED.**

Dated: ___May 8, 2026___

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE

2